**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**CHANEL BUCCINA,**

|                        |                                          |
|------------------------|------------------------------------------|
| **Plaintiff,**         | **Civil Action No.:**  5:18-cv-31 (FJS/DEP) |

v.

**ONONDAGA COUNTY, ONONDAGA**
**COUNTY SHERIFF'S OFFICE, DEPUTY**
**OFFICER DOE OF THE ONONDAGA COUNTY**
**SHERIFF'S OFFICE (IDENIFIED BY BADGE #1670)**
**in his/her Official Capacity and Individually,**
**ONONDAGA COUNTY DISTRICT ATTORNEY'S**
**OFFICE, JOHN and /or JANE DOE in the Official**
**Capacities and Individually, CITY OF SYRACUSE,**
**CITY OF SYRACUSE POLICE DEPARTMENT,**
**AND DETECTIVE SCOT HENDERSON, #244,**
**OF THE SYRACUSE POLICE DEPARTMENT,**

**Defendants.**

---

## VERIFIED NOTICE OF REMOVAL AND PETITION FOR REMOVAL

To: The Judges of the United States District Court for the Northern District of New York.

This Petition of the Defendant, City of Syracuse, respectfully shows:

1.      On or about December 6, 2017, the petitioner was served with a summons and complaint, copies of which are annexed hereto as Exhibit A, in an action entitled Chanel Buccina against Onondaga County, et. al.

2.      Defendants County of Onondaga and Daniel A Bieling Filed an Answer to the Complaint on or about December 11, 2017, a copy of which is attached as Exhibit B.

3.      The above described action is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. §1331 and is one which may be removed to this court by the petitioners pursuant to the provisions of 28 U.S.C. §1443 and 28 U.S.C. §1446 in that the action arises, inter alia, under 42 U.S.C. §1983 and the United States Constitution, and federal question jurisdiction exists.

4.      Petitioners submit the filing fee in the amount of $400.00.

5.     A jury demand was not made in the State court action.

WHEREFORE, petitioner requests that the above action now pending in the New York State Supreme Court, be removed to this Court.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: January 5, 2018

JOSEPH W. BARRY, III
First Assistant Corporation Counsel
City of Syracuse

By: _____
Ramona L. Rabeler, Of Counsel
Assistant Corporation Counsel
Federal Bar Roll No.: 512053
Attorney for Defendant
300 City Hall
233 E. Washington Street
Syracuse, New York 13202-1424
Telephone: 315.448.8400
Facsimile: 315.448.8381
Email: rrabeler@syrgov.net